# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No. 2:16-cr-00253-JCM-CWH |
| ) vs. ) | **ORDER** |
| ) EDWIN BUTTRAM, ) | |
| ) Defendant. ) | |

Presently before the court is pro se Defendant Edwin Buttram's Notice (In Lieu of Motion) of My Challenge to the Political Jurisdiction of State of Insanity (ECF No. 20), filed on November 3, 2016.

When a pro se party manually files a document with the court, the document is imaged and docketed in the court's electronic filing system, which is the court's official record. *See* Local Rule IC 1-1(e). When docketing the document in the court's electronic filing system, the clerk of court selects a filing "event" that corresponds to the document's title. For instance, when a document is styled as a "notice," the clerk of court selects the "notice" filing event, and the document appears in the court's docket as a "notice." When a document is styled as a "notice," it does not trigger the electronic filing system to mark the document as an action item for the court.

Here, the court notes that Plaintiff's notice appears to be seeking relief from the court. If Plaintiff seeks relief from the court, he is advised to style his request for relief as a motion, which will be automatically marked as an action item by the electronic filing system. When a request is styled as a motion, it also triggers the opposing party's response deadline and the movant's reply deadline, thereby giving all parties the opportunity to be heard before the court decides the motion. Although the court will liberally construe Plaintiff's filings given that he is not represented by an attorney, Plaintiff nevertheless is required to follow the same rules of procedure that govern other litigants. *See Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995). Plaintiff therefore is advised that

1 | the court will not take further action with respect to the notice (ECF No. 20) filed on November 3,
2 | 2016, unless it is re-filed as a motion.

        DATED: November 9, 2016

                                    _____
                                    **C.W. Hoffman, Jr.**
                                    **United States Magistrate Judge**